In the Matter of the Claim of Nancy Wood, Respondent, against Three Arts Club and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of Barbara Zeyak, Respondent, against John E. Olmstead and Another, Appellants. State Industrial Board, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of Walter Macin, Respondent, against Harvard Body Auto Co., Inc., and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of Joseph Firman, Respondent, against Art Fixtures, Inc., and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present— Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of Kate Cardillo, Respondent, against New York Railways Company, Appellant. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of Girolamo Bozzi, Respondent, against General Electric Company, Appellant. State Industrial Board, Respondent.— Award reversed and claim dismissed, on the ground that there is no proof of accidental injury, with costs against the State Industrial Board. Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ., concur.

In the Matter of the Claim of Anna C. McAuliffe, Respondent, against General Electric Company, Appellant. State Industrial Board, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of Anna Pisko, Respondent, against David N. Mintz and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Claim of Gean T. Wilson, Respondent, against Philadelphia Theatre Association, Inc., and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.